**BOYD COUNTY, Movant, v. PATTON et al., Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 19, 1937.)

THOMAS BURCHETT for movant.

WOODS & WOODS, opposed.

PER CURIAM.

**Appeal** denied. Judgment affirmed.

**RUTH et al., Doing Business Under Firm Name of Ruth Brothers, Movant, v. GEORGE F. ROBINSON et al., Doing Business Under Firm Name of Farmers Tobacco Warehouse Co., et al., Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 19, 1937.)

THOMAS S. YATES for movant.

FIELDS, LEWIS & FIELDS, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**KELLY, Movant, v. YEAGER et al., Opposed.**

Court of Appeals of Kentucky.

(Decided March 2, 1937.)

IRVING WALKER for movant.

EUGENE R. ATTKISSON, G. A. HENDON, Jr., and WALTER LAPP, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.